FILED
2006 MAR 14 AM 10: 31
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER ED 06 - 00089 M |
|---|---|
| v. | |
| Lisa Jeanine Findley     DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  3/13/06 - 5:15   ☐ a.m. / ☒ p.m.
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC)
   18 USC 2607 (Fraud) and 2703 (Embezzlement)
3. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown
5. Date of Birth: ████/71
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.

ENTER ON ICMS
MAR 15 2006

7. Place of detention (if out-of-district): _____
8. Date detainer placed on defendant: _____
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer: _____
11. Remarks (if any): _____

12. Date: 3/14/06
13. Signature: _____
14. Name: Leonardo Finaldi
15. Title: Special Agent - USSS

REPORT COMMENCING CRIMINAL ACTION
CR-64 (10/93)                                                                 Page 1 of 1