Joan Politeo

FILED
2006 MAR 14 AM 10: 33
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER: ED 06 - 00089 M

PLAINTIFF(S)
v.

Lisa Jeanine Findley           DEFENDANT(S).

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: The U.S. District Court
in the Northern District of Oklahoma on _____
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 2607 and 2703
to wit: _____

A warrant for defendant's arrest was issued by: Clerk of the Court

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 3-14-06, by
_____, Deputy Clerk.

MAR 15 2006

_____[signature]_____           Leonardo Finaldi
Signature of Agent              Print Name of Agent

U.S. Secret Service             Special Agent
Agency                          Title

CR-52 (05/98)                   AFFIDAVIT RE OUT-OF-DISTRICT WARRANT