Attn: Danny Floyd    358-3454

FILED

PS 10
(8/88)

# UNITED STATES DISTRICT COURT

AM 10: 33

for

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

Northern District Of Oklahoma

ED 06 - 00089 M

U.S.A. vs. Lisa Jeanine Findley,    Docket No. 1085 4:05CR0019-001

TO:[1] Any United States Marshal or any other authorized officer.

## WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court.

| NAME OF DEFENDANT | SEX | RACE | AGE |
|---|---|---|---|
| Findley, Lisa Jeanine | Female | Indian/Esk (Non-hispanic origin) | 34 |
| ADDRESS (STREET, CITY, STATE) | | | |
| Rte 4 Box 4353, Cleveland, OK 74020 | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) | | | |
| U.S. District Court, Northern District Of Oklahoma, Tulsa, OK | | | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Phil Lombardi [SEAL] | [signature] | February 1, 2006 |

### RETURN

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED 3-13-06 |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) James Teuschl - US Secret Service 4371 Latham St #203, Riverside, CA 92501 | | ENTER ON ICMS |
| NAME James Teuschl | (BY) | DATE 3-13-06  MAR 1 5 2006 |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for _____ District of _____;" or "any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

(3)

Attn: Danny Floyd   358-3454

PS 10
(8/88)

FILED

# UNITED STATES DISTRICT COURT

TAM 10: 33

for

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

Northern District Of Oklahoma

ED 06 - 00089 M

U.S.A. vs. Lisa Jeanine Findley,    Docket No. 1085 4:05CR001-001

TO:[1] Any United States Marshal or any other authorized officer.

## WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court.

| NAME OF DEFENDANT | SEX | RACE | AGE |
|---|---|---|---|
| Findley, Lisa Jeanine | Female | Indian/Esk (Non-hispanic origin) | 34 |

ADDRESS (STREET, CITY, STATE)
Rte 4 Box 4353, Cleveland, OK 74020

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
U.S. District Court, Northern District Of Oklahoma, Tulsa, OK

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Phil Lombardi (SEAL) | [signature] | February 1, 2006 |

### RETURN

Warrant received and executed.

| | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| | | 3-13-06 |

EXECUTING AGENCY (NAME AND ADDRESS)
James Teuschl - US Secret Service
4371 Latham St #203, Riverside, CA 92501

| NAME | (BY) | DATE |
|---|---|---|
| James Teuschl | | 3-13-06 |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for _____ District of _____;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

Attn: Danny Floyd     358-3454

FILED

PS 10
(8/88)

# UNITED STATES DISTRICT COURT

for

Northern District Of Oklahoma

U.S.A. vs. Lisa Jeanine Findley,     Docket No. 1085 4:05CR010-001

TO:[1] Any United States Marshal or any other authorized officer.

## WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court.

| NAME OF DEFENDANT | | SEX | RACE | AGE |
|---|---|---|---|---|
| Findley, Lisa Jeanine | | Female | Indian/Esk ( Non-hispanic origin ) | 34 |
| ADDRESS (STREET, CITY, STATE) | | | | |
| Rte 4 Box 4353, Cleveland, OK. 74020 | | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) | | | | |
| U.S. District Court, Northern District Of Oklahoma, Tulsa, OK | | | | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Phil Lombardi (SEAL) | [signature] | February 1, 2006 |

### RETURN

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED 3-13-06 |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) James Teuschl - US Secret Service 4371 Latham St #203, Riverside, CA 92501 | | |
| NAME James Teuschl | (BY) | DATE 3-13-06 |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for _____ District of _____ ;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."