**P SEND**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Lisa Jeanine Findley

DEFENDANT.

☐ LA ☒ RS ☐ SA   ☐ UNDER SEAL
CASE NUMBER: ED06-89M
☐ COMPLAINT   ☒ OUT OF DISTRICT AFFIDAVIT
☐ INDICTMENT   ☐ INFORMATION
☐ SUMMONS   ☐ EXTRADITION
☐ PSA/PO WARRANT
☐ SUPER FAST TRACK (Class B Misdemeanor)
FILED: 3-14-06
VIOLATION: 18: 2607 + 2703
DATE: 3-14-06   TIME: 3:00pm
TAPE NUMBER: 06-22 [710-51474]

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Pavada

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: M. Galvez _____ Rob Stacy _____ N/A
    Deputy Clerk        Assistant U.S. Attorney        Interpreter / Language

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
    ☐ preliminary hearing OR ☒ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is _____
☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☒ Attorney: Joan Politeo   ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☒ DFPD ☐ Panel ☐ Poss. Contribution
    ☐ Ordered (see separate order) ☒ Special appearance by: Kay Otani,
☒ Government's request for detention is: ☒ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☒ Defendant is ordered; ☒ Permanently Detained ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ **SUPER FAST TRACK** ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the
    setting of further proceedings.
☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge _____ for
    the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☒ Defendant executed Waiver of Rights. ☐ Process received.
☒ Court ORDERS defendant Held to Answer to Northern District of Oklahoma at Tulsa
    ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
    ☒ Warrant of removal and final commitment to issue. ☐ Warrant of removal and final commitment are ordered stayed
        until _____.
☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
    Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
    Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceedings (CR-53) issued. Original forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
    RELEASE ORDER NO: _____
☒ Other: Defendant submits to Detention. Detention ordered w/o Prejudice.

ENTER ON ICMS
MAR 15 2006

☐ PSA   ☒ FINANCIAL   ☐ READY   Deputy Clerk Initials MV

cc: AUSA, Defendant's counsel
    ☐ PSALA, ☐ PSASA, ☒ PSAED, ☒ USPO   _____ : 15
    ORIGINAL -WHITE COPY       PINK- PIA CLERK       YELLOW - STATS       GREEN - CRD

GPO : U.S. GPO: 2005-785-504/39158